UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

WENDY ANN KASSAWA,
          Plaintiff,          CASE NO.:2:06-CV-13436-DT

vs.          HON. GEORGE CARAM STEEH
          MAG. JUDGE WALLACE CAPEL, JR.

COMMISSIONER OF SOCIAL SECURITY,
          Defendant.
_____/

### ORDER DENYING PLAINTIFF'S APPLICATION OF APPOINTMENT OF COUNSEL

The Plaintiff in this action has filed an "Application For Appointment Of Counsel" on July 31, 2006, requesting that the Court appoint counsel to represent Plaintiff in this action to obtain Social Security benefits following an adverse determination by the Commissioner of Social Security.

Except in rare circumstances, it is the practice of the Court in this district not to appoint counsel for *pro se* litigants unless the determination is made by the Court that the claims made by Plaintiff are of an unusual or complex nature that would render the Plaintiff incapable of adequately prosecuting its case against the Defendant(s). Having reviewed the complaint filed by the Plaintiff, the undersigned does not find that at this juncture appointment of counsel is necessary.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's "Application For Appointment Of Counsel" is hereby **DENIED.**

The parties are hereby informed that any objection to this order must be filed with the district court within ten days after service pursuant to Rule 72(a), Federal Rules of Civil Procedure.

**DATED: August 7, 2006**          s/ Wallace Capel, Jr.
          **WALLACE CAPEL, JR.**
          **United States Magistrate Judge**

**CERTIFICATE OF SERVICE**

I hereby certify that on **August 7, 2006**, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: not applicable, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: Wendy Ann Kassawa, 32315 Norwood Dr., Warren, MI 48092

s/James P. Peltier
James P. Peltier
Courtroom Deputy Clerk
600 Church St.
Flint, MI 48502
810-341-7850