UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


WENDY ANN KASSAWA,

                    Plaintiff,

                                                    Case No. 06-CV-13436

vs.

                                                    HON. GEORGE CARAM STEEH
                                                    MAGISTRATE JUDGE DONALD SCHEER


COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION (DOC. # 18) AND ACCORDINGLY DENYING PLAINTIFF'S
MOTION FOR SUMMARY JUDGMENT (DOC. # 13) AND GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT (DOC. # 17)

       This matter is one in which plaintiff Wendy Ann Kassawa challenges the Social

Security Administration's denial of her application for disability insurance benefits.  As

provided by 28 U.S.C. § 636(b)(1)(B) and E.D. Mich. LR 72.1(b)(2), the case was

assigned to a magistrate judge for pre-trial proceedings.

       Before the court is Magistrate Judge Donald Scheer's Report and

Recommendation, filed February 13, 2007, concerning the parties' cross-motions for

summary judgment.  The magistrate recommends that the court deny plaintiff's motion

for summary judgment and grant defendant's motion.

       In his Report and Recommendation, the conclusion section clearly stated that

objections to his report and recommendation were to be filed within 10 days of service

of a copy thereof.  28 U.S.C. § 636(b)(1), Fed. R. Civ. P. 72(b).  However, no objections

to the report and recommendation have been filed to date.  The failure to file such objections waives a party's right to further appeal.  <u>Howard v. Secretary of Health & Human Services</u>, 932 F.2d 505 (6th Cir. 1991).  *Also see* <u>U.S. v. Campbell</u>, 261 F.3d 628, 631-32 (6th Cir. 2001) (citing <u>Thomas v. Arn</u>, 728 F.2d 813 (6th Cir. 1984), *aff'd* 474 U.S. 140 (1985)).

The court has considered the pleadings and the report and recommendation of the magistrate in this matter, which it will adopt.  For the reasons stated in the well-reasoned report and recommendation of Magistrate Judge Scheer, defendant's motion for summary judgment is hereby GRANTED, and that of plaintiff's is denied.  Judgment will enter for the defendant.

IT IS SO ORDERED.


Dated:  March 27, 2007

S/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
March 27, 2007, by electronic and/or ordinary mail.

S/Josephine Chaffee
Deputy Clerk

---